McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR. S-05-0554 LKK |
| Plaintiff, ) | |
| v. ) | STIPULATION AND |
| ) | ORDER RESETTING THE BRIEFING |
| HARVEY LEE SEWELL, JR. ) | SCHEDULE |
| Defendant. ) | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Harvey J. Sewell, Jr. by his counsel, Assistant Federal Defender Lexi Negin, Esq., hereby stipulate and agree that the briefing schedule and hearing on defendant's motion to suppress evidence should be reset as follows:

**Government's Response:   April 4, 2006**

**Mr. Sewell's Reply:      April 7, 2006**

/ / /

/ / /

/ / /

/ / /

/ / /

1

|   |   |
|---|---|
| **Hearing:** | April 11, 2006, at 9:30 a.m. |

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: March 30, 2006        By: /s/Jason Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney

DATED: March 30, 2006        By: /s/Jason Hitt
                                        Telephonically authorized to
                                        sign for Ms. Negin on 3-28-06
                                        Attorney for Mr. SEWELL

_____

## ORDER

Based upon the representation and stipulation of counsel, the Court adopts the revised briefing schedule and hearing date as follows:

    Government's Brief:    April 4, 2006
    Mr. Sewell's Brief:    April 7, 2006
    Hearing:    April 11, 2006, at 9:30 a.m.

IT IS SO ORDERED.

DATED: April 4, 2006        /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    United States District Judge