IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR. S-05-0554 LKK |
| Plaintiff, ) | ORDER GRANTING THE |
| ) | GOVERNMENT'S MOTION TO |
| v. ) | RESET THE EVIDENTIARY HEARING |
| ) | ON DEFENDANT'S MOTION TO |
| HARVEY LEE SEWELL, JR. ) | SUPPRESS EVIDENCE |
| ) | |
| Defendant. ) | |

For the reasons set forth in the government's motion to reset the evidentiary hearing on defendant's motion to suppress evidence, the Court GRANTS the government's motion. Accordingly, the evidentiary hearing set for April 27, 2006, at 9:15 a.m. is hereby VACATED. An evidentiary hearing on defendant's motion to suppress evidence is set for May 18, 2006, at 9:15 a.m.

IT IS SO ORDERED.

DATED: April 25, 2006            /s/ Lawrence K. Karlton
                                 HONORABLE LAWRENCE K. KARLTON
                                 United States District Judge