DANIEL BRODERICK, Bar #89424
Acting Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
HARVEY LEE SEWELL, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-05-554 LKK |
| Plaintiff, | |
| v. | **ORDER AFTER HEARING** |
| | JUDGE: Lawrence K. Karlton |
| HARVEY LEE SEWELL, JR., | |
| Defendants. | |

      This matter came on for Motion Hearing on May 18, 2006, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge.  Assistant United States Attorney Jason Hitt appeared on behalf of the United States of America.  Assistant Federal Defender Lexi Negin appeared on behalf of Defendant Harvey Lee Sewell, who was present and in custody.

      Motion hearing was held and ruled upon.  A further status hearing date was scheduled for May 31, 2006. Mr. Sewell has pending charges that require investigation, review of discovery and preparation by defense counsel.

      Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from May 18, 2006, up until and including May 31, 2006.

      Good cause appearing therefor,

      IT IS ORDERED that this matter is continued to May 31, 2006, at 9:30 a.m. for Status Conference.

Order After Hearing

1   IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
2 (iv) and Local Code T4, the period from May 18, 2006, up to and including May 31, 2006, is excluded
3 from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: May 19, 2006

/s/ Lawrence K . Karlton
LAWRENCE K. KARLTON
Senior, United States District Judge

Order After Hearing            2