DANIEL BRODERICK, Bar #89424
Acting Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HARVEY LEE SEWELL, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-05-554 LKK |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER AFTER HEARING** |
| v. ) | |
| ) | |
| ) | JUDGE: Lawrence K. Karlton |
| HARVEY LEE SEWELL, JR., ) | |
| ) | |
| Defendants. ) | |

This matter came on for Status Hearing on September 19, 2006, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Ellen Endrizzi appeared on behalf of the United States of America. Assistant Federal Defender Lexi Negin appeared on behalf of Defendant Harvey Lee Sewell, who was present and in custody.

Parties indicated that they were not ready to proceed with trial and a trial date of December 5, 2006, was scheduled, with a Trial Confirmation Hearing on November 14, 2006. The pending charges required further investigation, provision of discovery, review of discovery and preparation by defense counsel.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from September 19, 2006, up until and including December 5, 2006.

Good cause appearing therefor,

Order After Hearing

1    IT IS ORDERED that this matter is continued to November 14, 2006, at 9:30 a.m. for Trial Confirmation Hearing: and, .

2    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from September 19, 2006, up to and including December 5, 2006, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: November 13, 2006

> LAWRENCE K. KARLTON
> SENIOR JUDGE
> UNITED STATES DISTRICT COURT