DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
HARVEY LEE SEWELL, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-05-554 LKK |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) ) | LEAVE TO FILE REQUESTED *VOIR DIRE* QUESTIONS |
| | ) | |
| HARVEY LEE SEWELL, JR., | ) | Trial Date: December 5, 2006 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. Lawrence K. Karlton |

Mr. Harvey Sewell, through undersigned counsel, respectfully requests leave to late file his requested *voir dire* questions.  In support of this request for leave, he respectfully states the following:

1. Undersigned counsel was in trial during the week of November 13, 2006 and was on leave the week of November 20, 2006.  Counsel then realized she mis-calendared the dates that certain pleadings would be due in this case and realized on today's date that the proposed *voir dire* questions should have been submitted on November 28, 2006 - yesterday.  The Court's clerk advised that a motion for leave to file should be lodged.

2. Mr. Sewell would be severely prejudiced if the Court did not consider the proposed *voir dire* questions filed one day late due to counsel's neglect.

WHEREFORE, for the above-stated reasons, and any other deemed just and proper, Mr. Sewell respectfully requests that the Court allow his proposed *voir dire* to be filed even though it was filed one day late.

1   DATED: November 29, 2006

2

3                                                                          Respectfully submitted,

                                                                           DANIEL BRODERICK
4                                                                          Federal Defender

5
                                                                           /s/ Lexi Negin
6                                                                          _____

                                                                           LEXI NEGIN
7                                                                          Assistant Federal Defender

8
                                                                           Attorneys for Defendant
9                                                                          HARVEY SEWELL

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DANIEL BRODERICK, Bar #89424
Acting Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HARVEY LEE SEWELL, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-05-554 LKK |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | JUDGE: Lawrence K. Karlton |
| HARVEY LEE SEWELL, JR., | ) | |
| Defendant. | ) | |

Having considered the defendant's Leave to File his proposed *voir dire* questions:

IT IS HEREBY ORDERED that the defendant is given leave to file the proposed *voir dire* questions.

Dated: November 29, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3