```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-05-0554 LKK |
| Plaintiff, ) | ORDER FOLLOWING STATUS CONFERENCE EXCLUDING TIME |
| v. ) | |
| HARVEY LEE SEWELL, JR. and AUDREY BEASLEY, ) | |
| Defendants. ) | |

This matter came on for Status of Counsel at the request of the defendant Harvey Lee SEWELL, Jr. on December 19, 2006, at 9:30 a.m. Assistant United States Attorney Jason Hitt appeared on behalf of plaintiff United States of America and Assistant Federal Defender Lexi Negin, Esq., appeared on behalf of defendant Harvey Lee SEWELL, Jr. During the December 19th hearing, defendant SEWELL requested that a new attorney be appointed to represent him in this matter. The Court granted the request and appointed Mark Reichel, Esq. to represent defendant SEWELL.

The defendant further requested that the Court move the existing trial confirmation date of January 23, 2007, to January 9, 2007, at 9:30 a.m. The Court granted the defendant's request and set trial confirmation for January 9, 2007, at 9:30 a.m.

1    The parties agreed during that the time between the status
2 conference date of December 19, 2006, up to and including the trial
3 confirmation date of January 9, 2007, should be excluded from
4 computation of the time for commencement of trial under the Speedy
5 Trial Act based upon the need for new counsel to become familiar
6 with the case, prepare for trial, and in the interests of justice
7 under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.
8    Therefore, based upon the change in defendant's counsel and the
9 representations of the parties at the December 19, 2006, status
10 conference, **IT IS HEREBY ORDERED** that:
11    (1) Trial confirmation in this case is set for January 9,
        2007, at 9:30 a.m.; and
12
13    (2) Pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code
        T4, the time period from December 19, 2006, up to and
        including January 9, 2007, is excluded from the time
14      computation required by the Speedy Trial Act based upon
        the need for the defendant's new counsel to become
15      familiar with the case and prepare for trial in this
        matter.
16
17 DATED: January 4, 2007

                            _____
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT