THE LAW OFFICES OF MARK J. REICHEL
MARK J. REICHEL, Bar #155034
555 CAPITOL MALL 6TH FLOOR SUITE 600
Sacramento, California  95814
Telephone: (916) 498-9258
mark@reichellaw.com

Attorney for Defendant
HARVEY SEWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR.S-05-554-LKK |
| Plaintiff, ) | |
| ) | ORDER AFTER HEARING |
| v. ) | |
| ) | |
| ) | Date: January 23, 2007 |
| ) | Time: 9:30 a.m. |
| HARVEY SEWELL, ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. ) | |

The parties appeared on the above date for a status conference in this matter. The defendant was present and in custody.  The parties agreed to re set the matter for a further status conference on January February 6, at 9:30.  All parties agreed on the record that time from the Speedy Trial Act through the date for the new hearing should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4. Based upon those provisions, the Court ordered that time was excluded in the interests of justice.

Order after hearing

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 |   | MARK J. REICHEL<br>Attorney at Law |
| 4 | DATED: January 23, 2007 | /s/ MARK J. REICHEL<br>MARK J. REICHEL |
| 5 |   | Attorney for Defendant |
| 6 |   | McGREGOR SCOTT<br>United States Attorney |
| 8 |   |   |
| 9 | DATED: January 23, 2007 | /s/ MARK J. REICHEL for<br>JASON HITT<br>Assistant U.S. Attorney |
| 10 |   | Attorney for Plaintiff |

**O R D E R**

**IT IS SO ORDERED.**

DATED: February 1, 2007

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order after hearing                    2