```
THE LAW OFFICES OF MARK J. REICHEL
MARK J. REICHEL, Bar #155034
555 CAPITOL MALL 6TH FLOOR SUITE 600
Sacramento, California  95814
Telephone: (916) 498-9258
mark@reichellaw.com

Attorney for Defendant
HARVEY SEWELL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | NO. CR.S-05-554-LKK |
| Plaintiff,   ) | |
| ) | STIPULATION AND ORDER AFTER |
| v.     ) | HEARING; ORDER ON |
| ) | EXCLUSION OF TIME |
| ) | |
| ) | |
| HARVEY SEWELL,        ) | Date: FEBRUARY 22, 2007 |
| Defendant.   ) | Time: 9:30 a.m. |
| _____ | Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present date for the status hearing of February 6, 2007 be vacated and re calendared for February 22, 2007.

This continuance is requested as defense counsel needs adequate time to prepare for the case.  Defense counsel has received a large volume of discovery and is researching the motions presently on file.

Accordingly, all counsel and defendant agrees that time under the Speedy Trial Act from the date this stipulation is lodged, through February 22, 2007 should be excluded in computing the time within which

Stip and Order to Feb 20 2007

trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: February 1, 2007.                    Respectfully submitted,

                                            MARK J. REICHEL, ESQ.

                                            /s/ MARK J. REICHEL
                                            MARK J. REICHEL
                                            Attorney for defendant

                                            McGREGOR W. SCOTT
                                            United States Attorney

DATED: February 1, 2007.                    /s/MARK J. REICHEL for:
                                            JASON HITT
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

# O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: February 1, 2007

                                            _____
                                            LAWRENCE K. KARLTON
                                            SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT

Stip and Order                              2