McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-05-0554 LKK |
| ) | |
| Plaintiff, ) | ORDER VACATING THE TRIAL DATE |
| ) | AND ORDERING A FURTHER STATUS |
| v. ) | CONFERENCE AND EXCLUDING TIME |
| ) | |
| HARVEY LEE SEWELL, JR., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    This matter came on for trial on June 19, 2007, at 10:30 a.m. Assistant United States Attorney Jason Hitt appeared on behalf of plaintiff United States of America and Mark Reichel, Esq., appeared on behalf of defendant Harvey Lee SEWELL, Jr.  On the morning of trial, the defendant requested that a new attorney be appointed to represent him in this matter.  The Court granted the request and relieved Mark Reichel, Esq. from representing the defendant.

    The Court vacated the trial date and ordered a further status conference on June 26, 2007, in order to have new counsel appointed to represent the defendant.

    The parties agreed that the time between the June 19, 2007, and the hearing on status of counsel for the defendant on June 26, 2007, should be excluded from computation of the time for commencement of

trial under the Speedy Trial Act based upon the need for a new attorney to be appointed to represent the defendant in this case, prepare for trial, and in the interests of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

Therefore, based upon the vacated trial date, the change in defendant's counsel, and the representations of the parties at the June 19, 2007, status conference, **IT IS HEREBY ORDERED** that:

(1) The trial date of June 19, 2007, is VACATED;

(2) A status conference to appoint to new counsel to represent the defendant shall be held on June 26, 2007, at 9:30 a.m.; and

(3) Pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, the time period from June 19, 2007, up to and including June 26, 2007, is excluded from the time computation required by the Speedy Trial Act based upon the need for appointment of new counsel to represent the defendant.

DATED: June 28, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2