```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>            Plaintiff,       )<br>                             )<br>     v.                      )<br>                             )<br>HARVEY LEE SEWELL, JR.,      )<br>                             )<br>            Defendant.       )<br>_____) | Case No. CR-S-05-0554 LKK<br><br>ORDER FOLLOWING STATUS<br>CONFERENCE EXCLUDING TIME |

This matter came on for a status conference in order to appoint new counsel to represent the defendant Harvey Lee SEWELL, Jr. on June 26, 2007, at 9:30 a.m. Assistant United States Attorney Jason Hitt appeared on behalf of plaintiff United States of America and Hayes Gable, Esq., appeared on behalf of the defendant. During the June 26th hearing, the Court appointed Mr. Gable to represent the defendant in this matter.

The defendant further requested that the Court set a new status conference on July 31, 2007, at 9:30 a.m. in order for new counsel to become familiar with the discovery in this case and prepare for trial. The Court granted the defendant's request and set a new status conference for July 31, 2007, at 9:30 a.m.

/ / /

1

1  The parties agreed that the time between the status conference
2  date of June 26, 2007, up to and including the new status conference
3  date of July 31, 2007, should be excluded from computation of the
4  time for commencement of trial under the Speedy Trial Act based upon
5  the need for new counsel to become familiar with the case, prepare
6  for trial, and in the interests of justice under 18 U.S.C.
7  § 3161(h)(8)(B)(iv) and Local Code T4.

8  Therefore, **IT IS HEREBY ORDERED** that:

9  (1)  A further status conference is set for July 31, 2007, at
     9:30 a.m.; and

10

11 (2)  Pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code
     T4, the time period from June 26, 2007, up to and
12   including July 31, 2007, is excluded from the time
     computation required by the Speedy Trial Act based upon
     the need for the defendant's new counsel to become
13   familiar with the case and prepare for trial in this
     matter.

14

15 DATED: June 28, 2007

16                              /s/ Lawrence K. Karlton
                                LAWRENCE K. KARLTON
17                              SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
18