HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 350
Sacramento, CA 95814
(916) 446-3331
Fax: (916) 447-2988

Attorney for Defendant
HARVEY LEE SEWELL, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Cr. S-05-554 LKK |
| Plaintiff, | |
| vs. | **ORDER AFTER HEARING** |
| **HARVEY LEE SEWELL, JR.**, | |
| Defendant(s). | Judge: Hon. Lawrence K. Karlton |

    This matter came on for status conference on July 31, 2007, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Court Judge.  Assistant United States Attorney Jason Hitt appeared on behalf of the United States of America.  Hayes H. Gable, III appeared on behalf of the Defendant, Harvey Lee Sewell, Jr., who was present in custody.

    At the request of defense counsel and with the concurrence of the Assistant United States Attorney, a further status conference date was scheduled for August 28, 2007.  The continuance is necessary for defense counsel to review discovery.

    Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §1361 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from July 31, 2007 to, and including, August 28, 2007.

1

1   Good cause appearing therefor,

2   IT IS ORDERED that this matter be continued to August 28, 2007, at 9:30 a.m. for status
3   conference .

4   IT IS FURTHER ORDERED that the period from July 31, 2007 to, and including, August
5   28, 2007, is excluded in computing time for commencement of trial under the Speedy Trial Act,
6   based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow
7   continuity of counsel and to allow reasonable time necessary for effective presentation.

9   Dated: August 7, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT