McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No. CR-S-05-0554 LKK |
|                              ) | |
|           Plaintiff,         ) | ORDER FOLLOWING HEARING |
|                              ) | |
|      v.                      ) | |
|                              ) | |
| HARVEY LEE SEWELL, JR.,      ) | |
|                              ) | |
|           Defendant.         ) | |
| _____) | |

This matter came on for Status Conference on August 28, 2007, at 9:30 a.m.  Assistant United States Attorney Jason Hitt appeared on behalf of plaintiff United States of America and Hayes Gable, Esq., appeared on behalf of defendant Harvey Lee SEWELL, Jr.  During the August 28th hearing, counsel for defendant SEWELL indicated he was relatively new to the case and needed additional time to review the extensive discovery produced in the case.

The Court set a trial date of January 29, 2008, at 9:00 a.m. and a trial confirmation hearing on January 15, 2008, at 9:30 a.m.

The parties agreed that the time between the status conference date of August 28, 2007, up to and including the trial date of January 29, 2008, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act based upon the need for new counsel to become familiar with the case, prepare for trial,

and in the interests of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

Therefore, based upon the representations of the parties at the August 28, 2007 status conference, IT IS HEREBY ORDERED that:

(1) Trial confirmation in this case is set for January 15, 2008, at 9:30 a.m.; and

(2) Pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, the time period from August 28, 2007, up to and including January 29, 2008, is excluded from the time computation required by the Speedy Trial Act based upon the need for the defendant's new counsel to become familiar with the case and prepare for trial in this matter.

DATED: January 2, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT