IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,                               No. CR S-05-0554 LKK EFB

      vs.

HARVEY L. SEWELL,

      Movant.                                  <u>ORDER</u>

_____/

      Movant, a federal prisoner proceeding with counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Dckt. No. 229. Since movant may be entitled to the requested relief, respondent is directed to file an answer, motion or other response within sixty days of the date of this order. *See* Rule 4(b), Rules Governing § 2255 Proceedings in the U.S. District Courts.

      Any response shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the § 2255 motion. Rule 5, Rules Governing § 2255 Proceedings in the U.S. District Courts.

      Movant's reply to respondent's answer, if any, is due on or before thirty days from the date respondent's answer is filed. *Id.*

1

1  If the response to the § 2255 motion is a motion, movant's opposition or statement of
2  non-opposition shall be filed and served within 30 days of service of the motion, and
3  respondents' reply, if any, shall be filed within 14 days thereafter.

4  The Clerk of the Court shall serve a copy of this order, together with a copy of movant's
5  August 8, 2011 amended motion to vacate on the United States Attorney or his authorized
6  representative.

7  Movant has also requested leave to file an oversized brief.  Dckt. No. 228.  The request is
8  granted and the amended motion to vacate filed August 8, 2011 is accepted for filing.

9  So ordered.

10 Dated:  September 20, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE