IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                                    No. 2:05-cr-0554 LKK EFB P

    vs.

HARVEY SEWELL,

    Movant.                                         <u>ORDER</u>

_____/

      Movant, a federal prisoner proceeding without counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On July 20, 2012, respondent filed a request for leave to conduct discovery, which the undersigned granted. Dckt. Nos. 246, 253. On November 14, 2012, the district court, on its own motion, denied discovery pending the undersigned's consideration of the adequacy of the § 2255 motion. Dckt. No. 268.

      The undersigned subsequently issued an order confirming that a response to the amended § 2255 motion was due January 16, 2013. Dckt. No. 267. That date has passed, and respondent has yet to file a response.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent shall show cause, in writing, no later than February 11, 2013, why sanctions should not be imposed for failure to timely file a response to movant's § 2255 motion; and

2. Respondent shall file a response to the motion no later than February 11, 2013.

Dated: January 28, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2