IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent,            No. 2:05-cr-0554 LKK EFB P

    vs.

HARVEY SEWELL,               ORDER

        Movant.

_____/

     Movant, a federal prisoner proceeding without counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  On November 19, 2012, the undersigned issued an order confirming that a response to the amended § 2255 motion was due January 16, 2013.  Dckt. No. 269.  However, respondent failed to timely file a response to movant's amended motion.  Therefore, on January 28, 2013, the undersigned ordered respondent's counsel to show cause why sanctions should not be imposed for his failure to file a responsive pleading.  Dckt. No. 270.

     On February 11, 2013, respondent's counsel filed a response to the order to show cause. Dckt. No. 272.  Therein, respondent's counsel takes full responsibility for the failure, apologizes to the court, and indicates that the failure to timely file a response was due to a calendaring error. *Id.*  Respondent's counsel also assures the court that he will implemented corrective measures to

1

1  ensure that similar calendaring errors do not occur in the future.  *Id.*  In light of those

2  representations, the January 28, 2013 order to show cause is discharged.  No sanctions will be

3  imposed.

4          SO ORDERED.

5  DATED:  February 19, 2013.

       EDMUND F. BRENNAN
6      UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2