HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:05-cr-554 (1) TLN |
| Plaintiff, | **WITHDRAWAL OF COUNSEL; ORDER** |
| v. | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| HARVEY L. SEWELL, | |
| Defendant. | Judge: Hon. TROY L. NUNLEY |

Pursuant to General Order 546, the Federal Defender's Office is appointed to represent Mr. Harvey L. Sewell on a motion for sentence reduction under 18 U.S.C. § 3582(c)(2) and Amendment 782. Based on a conflict, the Federal Defender's Office hereby requests withdrawal as counsel. The Federal Defender's Office recommends that CJA panel counsel be appointed to this case. CJA panel attorney John Balazs is available for appointment.

The Federal Defender's Office also requests to be removed from the ECF service list as to future filings in Mr. Sewell's case.

Dated:  November 16, 2016

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　*s/ Hannah R. Labaree*
　　　　　　　　　　　　　　　　　　　HANNAH R. LABAREE
　　　　　　　　　　　　　　　　　　　Assistant Federal Defender

## **ORDER**

Pursuant to General Order No. 546 and the provisions of the Criminal Justice Act, 18 U.S.C. §§3006A(a)(1) and (c), and in accordance with the retroactive application of the United States Sentencing Commission's Amendment 782, CJA Panel Attorney, John Balazs, is hereby appointed effective, November 16, 2016 the date the Office of the Federal Defender first contacted him.

Dated: November 21, 2016

Troy L. Nunley
United States District Judge