1  MCGREGOR W. SCOTT
   United States Attorney
2  JASON HITT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,            CASE NO. 2:05-CR-0554 TLN

12                 Plaintiff,           STIPULATION AND ORDER REGARDING
                                        BRIEFING SCHEDULE ON DEFENDANT'S
13         v.                           MOTION FOR SENTENCING REDUCTION

14 HARVEY LEE SEWELL,

15                 Defendant.

STIPULATION REGARDING BRIEFING                1
SCHEDULE ON DEFENDANT'S MOTION

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | Plaintiff United States of America, by and through its counsel of record, and defendant, by and |
| 3 | through defendant's counsel of record, John Balazs, Esq., stipulate and agree that the briefing schedule |
| 4 | for defendant's motion to reduce his sentence should be reset according to the following schedule: |

Government's Opposition: March 7, 2018

Defendant's Reply: March 21, 2018

IT IS SO STIPULATED.

McGREGOR W. SCOTT
United States Attorney

Dated: February 12, 2018

/s/ Jason Hitt
JASON HITT
Assistant United States Attorney

Dated: February 12, 2018

/s/ John Balazs, Esq.
JOHN BALAZS, Esq.
Counsel for Defendant, authorized to sign for Mr. Balazs on February 12, 2018

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

The briefing schedule on defendant's motion for a sentence reduction is revised as follows:

    Government's Opposition:    March 7, 2018

    Defendant's Reply:    March 21, 2018

**IT IS SO ORDERED**.

DATED: February 13, 2018

_____
Troy L. Nunley
United States District Judge

STIPULATION REGARDING BRIEFING
SCHEDULE ON DEFENDANT'S MOTION