John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
HARVEY SEWELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>HARVEY SEWELL,<br><br>        Defendant. | No. 2:05-CR-0554-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE REPLY BRIEF RE: MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |

Defendant HARVEY SEWELL, through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, through its counsel, Assistant U.S. Attorney JASON HITT, hereby stipulate to extend the due date for defendant's reply brief to the government's opposition to his § 3582(c)(2) motion to reduce sentence from March 21, 2018 to March 28, 2018.

This request is made because counsel needs additional time to prepare the reply brief in light of his schedule in other cases.

///

///

///

1

Dated: March 20, 2018

MCGREGOR SCOTT
United States Attorney

/s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: March 20, 2018

/s/*John Balazs*
JOHN BALAZS

Attorney for Defendant
HARVEY SEWELL

**ORDER**

IT IS SO ORDERED.

Dated: March 21, 2018

Troy L. Nunley
United States District Judge