John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
HARVEY L. SEWELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HARVEY L. SEWELL,<br><br>Defendant. | No. 2:05-CR-00554-TLN<br><br>**ORDER RE APPOINTMENT FOR MOTION TO REDUCE SENTENCE PURSUANT TO SECTION 404 OF THE FIRST STEP ACT**<br><br>Hon. Troy L. Nunley |

    Defendant Harvey L. Sewell, through counsel, hereby applies for an order expanding the appointment of attorney John Balazs to represent him with respect to a potential motion to reduce sentence under Section 404 of the First Step Act (retroactive crack cocaine law). Mr. Balazs currently represents Mr. Sewell on a pending motion to reduce his sentence under 18 U.S.C. § 3582(c)(2). General Order 595 states that the Federal Defender is appointed to represent defendants who may be eligible for relief under provisions of the First Step Act. The Federal Defender has requested that Mr. Balazs represent Mr. Sewell to file and litigate a motion to reduce sentence under Section 404 of the First Step Act. Mr. Sewell has also requested that attorney Balazs represent him on this matter.

                                                Respectfully submitted,

Dated: February 25, 2019        /s/ John Balazs
                                              John Balazs
                                              Attorney for Defendant
                                              Harvey L. Sewell

# ORDER

**IT IS SO ORDERED.**

Dated: February 28, 2019

_____
Troy L. Nunley
United States District Judge