| | |
|---|---|
| 1 | JOHN BALAZS, Bar #157287 |
| 2 | Attorney at Law |
| | 916 2nd Street, Suite F |
| 3 | Sacramento, California 95816 |
| | Telephone: (916) 447-9299 |
| 4 | John@Balazslaw.com |

Attorney for Defendant
HARVEY LEE SEWELL, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:05-CR-00554-TLN-EFB |
| Plaintiff, | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO SECTION 404 OF THE FIRST STEP ACT, P.L. 115-391** |
| v. | |
| HARVEY LEE SEWELL, JR. | |
| Defendant. | Hon. Troy L. Nunley |

Defendant, Harvey Lee Sewell, Jr., through his attorney, John Balazs, and plaintiff, United States, through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate that the Court should enter an amended judgment reducing Sewell's sentence to 235 months. The parties further stipulate as follows:

1. Defendant Harvey Lee Sewell, Jr. was convicted by jury trial of one count of conspiracy to distribute and possess with intent to distribute at least 50 grams of cocaine base (count 1) and four counts of distributing at least 5 grams of cocaine base (counts 2-5). An Information charging a prior conviction was filed under 21 U.S.C. § 851, which increased the mandatory minimum on count 1 from 10 to 20 years imprisonment and the minimum term of supervised release to 120 months.

2. His total offense level was 38 (base offense level 36 plus a 2-level enhancement under U.S.S.G. § 3B1.1(c)), his criminal history category was V, and the resulting guideline range was 360 months to life.

Stipulation and Order Re: Sentence Reduction     1

1     3.   On August 5, 2008, the Court sentenced Sewell to 300 months on counts 1
through 5, to run concurrently, for a total sentence of 300 months. The Court also imposed 120
months supervised release on count 1 and 96 months supervised release on counts 2-5, all to be
served concurrently to each other.

4.   Sewell's total offense level has been reduced through guideline amendments from
38 to 34, and his guideline range is now 235-293 months.

5.   On December 21, 2018, the First Step Act was enacted. First Step Act of 2018, S.
756, Pub. Law 115-391. Section 404 of the Act states that the sentencing court may, upon
motion of the defendant, an attorney for the government, or the court, "impose a reduced
sentence as if section 2 and 3 of the Fair Sentencing Act of 2010 . . . were in effect at the time the
covered offense was committed."

6.   The parties agree that defendant is eligible for a reduction of his sentence under
Section 404 of the First Step Act. Specifically, had sections 2 and 3 of the Fair Sentencing Act
of 2010 been in effect at the time the offense was committed, defendant would have been subject
to a statutory range of 10 years to life. 21 U.S.C. § 841(b)(1)(B) (2010). The applicable
guideline range is 235-293 months and Sewell should be resentenced to 235 months
imprisonment on counts 1 through 5 and 96 months supervised release on count 1. *See* 21
U.S.C. § 841(b)(1)(B) (for persons with a prior conviction for a drug felony offense, the sentence
shall include a term of supervised release of at least eight years).

7.   Accordingly, the parties request this Court issue the order lodged herewith
reducing Sewell's sentence to 235 months imprisonment on all counts, to run concurrently with
each other, and 96 months supervised release on count 1, all other terms of the judgment
remaining unchanged.

8.   The parties also agree that Sewell's pending motion to reduce sentence under 18
U.S.C. § 3582(c)(2) (docket 286) and his motion to reduce sentence under Section 402 of the
First Step Act (docket 296) are moot.

9.   The undersigned counsel for defendant affirms that he has discussed this
stipulation with defendant and that defendant has authorized counsel to enter into this agreement

on his behalf.  The undersigned counsel also affirms that, so long as the Court accepts this stipulation, defendant waives his right to be present when the Court reduces his sentence, to any hearing, and to any findings to which he might be entitled.  The defendant has so indicated, and counsel joins in that waiver.

Respectfully submitted,

Dated:  March 27, 2019                                    Dated:   March 27, 2019

McGREGOR SCOTT  
United States Attorney

 /s/  Jason Hitt                                           /s/ John Balazs  
JASON HITT                                                 JOHN BALAZS  
Assistant U.S. Attorney                                    Attorney at Law

Attorney for Plaintiff                                     Attorney for Defendant  
UNITED STATES OF AMERICA                                   HARVEY SEWELL

| | |
|---|---|
| 1 | **ORDER** |
| 2 | This matter came before the Court on the stipulated motion of the defendant for reduction |
| 3 | of sentence pursuant to the First Step Act, P.L. 115-391. |
| 4 | The parties agree, and the Court finds, that Mr. Sewell is entitled to the benefit of Section |
| 5 | 404 of the First Step Act, resulting in an amended guideline range of 235 to 293 months. |
| 6 | IT IS HEREBY ORDERED that the term of imprisonment imposed in this case is |
| 7 | reduced to 235 months on each count to run concurrently to each other for a total term of 235 |
| 8 | months imprisonment, and the term of supervised release on count 1 is reduced to 96 months. |
| 9 | IT IS FURTHER ORDERED that all other terms and provisions of the original judgment |
| 10 | remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above |
| 11 | reduction in sentence, and shall serve certified copies of the amended judgment on the United |
| 12 | States Bureau of Prisons and the United States Probation Office. |
| 13 | IT IS FURTHER ORDERED that Mr. Sewell's pending motions to reduce sentence at |
| 14 | dockets 286 and 296 are denied as moot and that the April 4, 2019 hearing on Mr. Sewell's |
| 15 | motion to reduce sentence under Section 404 of the First Step Act is VACATED. |
| 16 | Dated: March 28, 2019 |

_____
Troy L. Nunley
United States District Judge

Stipulation and Order Re: Sentence Reduction        4