AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to Section 404 of the First Step
Act of 2018, P.L. 115-391                                                                    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>HARVEY LEE SEWELL, JR.<br>Date of Original Judgment: August 05, 2008<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | Case No: 2:05CR00554-01<br>USM No: 16188-097<br>John Balazs<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO SECTION 404 OF THE FIRST STEP ACT OF 2018

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under Section 404 of the First Step Act of 2018, P.L. 115-391, and the Fair Sentencing Act of 2010, imposing a reduced sentence on the defendant as if the Fair Sentencing Act had been in effect at the time the defendant's offense(s) was/were committed,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 300 months **is reduced to** 235 months , and

the previously imposed sentence of supervised release of 120 months on Count 1 **is reduced to** 96 months.
*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all other provisions of the judgment dated August 11, 2008 shall remain in effect.

**IT IS SO ORDERED**.

Order Date: March 29, 2019

*Judge's signature*

Effective Date: March 28, 2019
*(if different from order date)*

DISTRICT JUDGE TROY L. NUNLEY
*Printed name and title*