UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HARVEY LEE SEWELL, JR.,<br><br>Defendant. | No.  2:05-cr-00554-TLN<br><br><br>**ORDER SEALING DOCUMENTS** |

Upon application of the Defendant Harvey Lee Sewell, Jr., through counsel, and good cause being show as set forth in Defendant's notice of request to seal and request to seal.  (ECF No. 302.)

IT IS HEREBY ORDERED that Exhibits 7 and 8 to defendant's May 13, 2020 Motion to Reduce Sentence shall be SEALED until ordered unsealed by the Court.

IT IS SO ORDERED.

DATED:  May 19, 2020

Troy L. Nunley
United States District Judge

1